IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY WARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV491 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVENS TRANSPORT, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Continue The Trial Date and Other Deadlines Pending Scheduled Mediation (Filing No. 34). The parties contend the issue of liability should be resolved by agreement and the cause should proceed to mediation. The parties have agreed to participate in mediation on October 9, 2007. Accordingly,

**IT IS ORDERED:**

1. The parties' joint motion to continue (Filing No. 34) is granted as set forth below.

2. The deadlines set forth in the Amended Order Setting Final Schedule For Progression Of Case (Filing No. 28) are stayed pending mediation on **October 9, 2007**.

3. Should mediation be unsuccessful, the parties are to participate in a telephone planning conference with the undersigned magistrate judge on **October 12, 2007 at 10:30 a.m.** (**Central Daylight Time**). Plaintiffs' counsel shall initiate the telephone planning conference.

Dated this 5th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge