IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY WARD, wife and Guardian and Next Friend of, a minor child, and MARK WARD, husband, Guardian and Next Friend of, minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVENS TRANSPORT, Inc., A Texas Corporation, and JOSEPH A. IHLE JR.,<br><br>    Defendants. | 8:06CV491<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation and joint motion for judgment of dismissal, Filing No. 49,

IT IS ORDERED that this case is dismissed.

DATED this 3rd day of July, 2008.

            BY THE COURT:


            s/ Joseph F. Bataillon
            Chief United States District Judge