# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NANCY WARD, et al.,** ) | |
| ) | **8:06CV491** |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **STEVENS TRANSPORT, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court upon the receipt of a letter from counsel for the defendants. Counsel states the parties have settled this case and have filed a stipulation and joint motion for judgment of dismissal with prejudice (Filing No. 49).

**IT IS ORDERED:**

The settlement conference set for July 8, 2008, is cancelled.

DATED this 3rd day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge